**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **BSG TECH LLC,** | |
| Plaintiff, | CASE NO. 2:14-cv-885-RWS |
| v. | **LEAD CASE** |
| **FOLICA, INC.,** | |
| Defendant. | |
| v. **SHOPPERSCHOICE.COM LLC,** Defendant. | CASE NO. 2:14-cv-888-RWS (CONSOLIDATED) |

**ORDER**

The Stipulated Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between Plaintiff BSG Tech LLC and Defendant Shopperschoice.com LLC, is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff BSG Tech LLC and Defendant Shopperschoice.com LLC, are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.  The Clerk is ORDERED to terminate Defendant Shopperschoice.com and close the lead case, case number 2:14-cv-885.  The Clerk is further ORDERED to close member case, case number 2:14-cv-888.

IT IS SO ORDERED.

**SIGNED this 28th day of August, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE